**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| TRINITY RIVER LUMBER COMPANY, INC., Plaintiff, | ) | |
| v. | ) | No. 02-943C (Consolidated) (Judge Wheeler) |
| THE UNITED STATES, Defendant. | ) | |
| HAGEN & SONS, Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, Defendant. | ) | |

**JOINT MOTION TO AMEND THE COURT'S SCHEDULING ORDER**

On September 1, 2006, the Court amended the pre-trial schedule in this action to extend the date for the completion of the factual discovery by 14 days, to and including October 31, 2006. Since that date, the parties have encountered unanticipated scheduling difficulties and, therefore, they seek a further amendment of the pre-trial schedule in this action as follows:

Currently, the Court's July 31, 2006 scheduling order as amended provides,

| Event | Deadline |
| --- | --- |
| All factual discovery related to liability and damages (except for expert depositions) to be completed on or before | October 31, 2006 |
| Initial expert reports, if any, shall be exchanged by the parties on or before | November 17, 2006 |
| Rebuttal expert reports, if any, shall be exchanged by the parties on or before | December 15, 2006 |
| Depositions of expert witnesses shall be completed on or before | January 24, 2007 |

For the reasons set forth more fully below, the parties jointly request that the Court amend the foregoing schedule to provide as follows:

| Event | Deadline |
| --- | --- |
| All factual discovery related to liability and damages (except for expert depositions) to be completed on or before | January 12, 2007 |
| Initial expert reports, if any, shall be exchanged by the parties on or before | February 9, 2007 |
| Rebuttal expert reports, if any, shall be exchanged by the parties on or before | March 9, 2007 |
| Depositions of expert witnesses shall be completed on or before | April 20, 2007 |

Since the Court amended its scheduling order to extend the discovery completion date to October 31, 2006, defendant has served a second set of interrogatories and third set of requests for production of documents on plaintiffs, and plaintiffs are in the process of preparing their responses to these discovery requests. With regard to the remaining depositions in this case, the parties have encountered a number of scheduling difficulties but have managed to reconcile the

various scheduling conflicts and have agreed to depositions in Washington, D.C. on October 17, 2006; in Albuquerque, NM on October 24, 2006 or in Portland, OR on December 7-8, 2006; and in Redding, CA on December 12-15, 2006. The scheduling of these depositions was complicated by the fact that various employees of the government and private parties with significant knowledge of the facts at issue in this action have moved to other locations and/or retired. The foregoing depositions and the proposed scheduling changes are necessary to accommodate third-party and other witnesses as well as to permit the parties a reasonable opportunity beyond the 2006 holiday season within which their experts can prepare anticipated reports and rebuttal reports and be deposed by the opposing party. It also appears at this point that each party may take issue with the opposing party's decisions to withhold certain documents or information from discovery based upon privilege claims and claims of irrelevancy and undue burden. It is the parties' intent to try to use the additional time requested to reach an amicable compromise with respect to these issues and thereby minimize or perhaps avoid the need to file motions to compel.

The parties believe that the amended schedule which they propose will facilitate a more efficient process for completing discovery in this case that will benefit both parties and conserve scarce judicial resources.

For each of the foregoing reasons, the parties request that the Court's scheduling order dated July 31, 2006, as amended by order dated September 1, 2006, be further amended as set forth in this motion.

Respectfully submitted,

Of Counsel:
Ruth G. Tiger
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
Tele: (202) 452-2140
Fax: (202) 775-8217

s/Gary G. Stevens
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
Tele: (202) 452-2140
Fax: (202) 775-8217

Attorneys for Plaintiffs

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
DAVID M. COHEN
Director

s/Reginald T. Blades, Jr.
Senior Trial Counsel
DEVIN A. WOLAK
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Commercial Litigation Branch
Civil Division
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 514-7300
Fax: (202) 307-0972

Attorneys for Defendant

Of Counsel:

JAMES L. ROSEN
USDA Office of General Counsel
San Francisco, CA

Dated: October 17, 2006