# In the United States Court of Federal Claims

No. 02-943C & 02-944C (Consolidated)
(Filed: October 19, 2006)

****************************************
TRINITY RIVER LUMBER CO., INC.,

and

HAGEN & SONS,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
****************************************

## REVISED SCHEDULING ORDER

On October 17, 2006, the parties filed a Joint Motion to Amend the Court's September 1, 2006 Scheduling Order. For good cause shown, the motion is hereby GRANTED. Accordingly, the revised schedule is as follows:

1. All factual discovery related to liability and damages (except for expert depositions) to be completed on or before January 12, 2007;

2. The parties shall exchange initial expert reports, if any, on or before February 9, 2007;

3. The parties shall exchange rebuttal expert reports, if any, on or before March 9, 2007; and

4. Depositions of expert witnesses shall be completed on or before April 20, 2007.

**IT IS SO ORDERED.**

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge