**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

TRINITY RIVER LUMBER COMPANY, INC., )
)
PLAINTIFF, )
)
v. )
)
THE UNITED STATES, )
)
DEFENDANT. )

---

HAGEN & SONS, )
)
PLAINTIFF, )
)
v. )
)
THE UNITED STATES, )
)
DEFENDANT. )

CONSOLIDATED
NO. 02-943 C
(JUDGE WHEELER)

**JOINT MOTION TO AMEND THE SCHEDULING ORDER**

On October 19, 2006, the Court issued a revised discovery scheduling order, which provided that the scheduled discovery was to be completed by April 20, 2007. Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, the parties, jointly, respectfully request the Court to amend the current discovery scheduling order to enlarge by seven days, to and including April 27, 2007, the time to complete the scheduled discovery and to amend the interim dates as indicated below. The parties have made four prior requests to amend the discovery scheduling order.

The current scheduling order provides as follows:

> 1. All factual discovery related to liability and damages (except for expert depositions) shall be completed on or before January 12, 2007;
>
> 2. The parties shall exchange initial expert reports, if any, on or before February 9, 2007;
>
> 3. The parties shall exchange rebuttal expert reports, if any, on or before March 9, 2007; and.
>
> 4. Depositions of expert witnesses shall be completed on or before April 20, 2007.

For the reasons expressed more fully below, the parties, jointly, respectfully request the Court to amend the schedule to provide as follows:

> 1. All factual discovery related to liability and damages (except for expert depositions) shall be completed on or before January 31, 2007;
>
> 2. The parties shall exchange initial expert reports, if any, on or before February 28, 2007;
>
> 3. The parties shall exchange rebuttal expert reports, if any, on or before March 30, 2007; and.
>
> 4. Depositions of expert witnesses shall be completed on or before April 27, 2007.

This request is necessary because, as a result of various factors, the parties will be unable to complete their planned discovery by the current deadlines. Since the Court's October 19, 2006 order amending the scheduling order, the parties have been diligently pursuing discovery matters. Depositions have been taken and additional written discovery requests and responses have been exchanged. Additional depositions are scheduled for the week of December 11, 2006, in Redding, California, and for the week of December 18, 2006 in Portland, Oregon.

Nevertheless, the parties have found it necessary to pursue additional, mostly follow-up, requests and anticipate the possibility of yet more follow-up type requests. As the parties seek more detailed information, response times have increased, and having now entered the end-of-the-year holiday and use-or lose leave season, those persons needed to provide responses are increasingly unavailable until after the end of the year. In addition, the parties are working to address the unavailability of a witness, who will not be able to testify because of a debilitating medical condition. Finally, the parties have not yet resolved issues with regard to the opposing party's decisions to withhold certain documents or information upon claims of privilege or irrelevancy and undue burden. The parties intend to continue to attempt to resolve these issues and minimize or perhaps avoid the need to file motions to compel.

The parties believe that the amended schedule that they have proposed will facilitate a more efficient process for completing discovery in this case that will both benefit the parties and conserve scarce judicial resources.

**CONCLUSION**

For these reasons, the parties, jointly, respectfully request the Court to amend the scheduling order to provide as follows:

1. All factual discovery related to liability and damages (except for expert depositions) shall be completed on or before January 31, 2007;

2. The parties shall exchange initial expert reports, if any, on or before February 28, 2007;

3. The parties shall exchange rebuttal expert reports, if any, on or before March 30, 2007; and.

4. Depositions of expert witnesses shall be completed on or before April 27, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
DAVID M. COHEN
Director

s/Gary G. Stevens
GARY G. STEVENS
RUTH G. TIGER
Saltman & Stevens, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
Tele: (202) 452-2140
Fax: (202) 775-8217
Attorneys for Plaintiffs
Trinity River Lumber
Company and Hagen & Sons

Dated: December 6, 2006

s/Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 616-8257
Fax: (202) 307-0972
Attorneys for Defendant

Dated: December 6, 2006

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of December 2006, a copy of the foregoing "JOINT MOTION TO AMEND THE SCHEDULING ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Reginald T. Blades, Jr.