# In the United States Court of Federal Claims

No. 02-943C & 02-944C (Consolidated)
(Filed: December 11, 2006)

************************************** *
*
TRINITY RIVER LUMBER CO., INC., *
*
and *
*
HAGEN & SONS, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************** *

## REVISED SCHEDULING ORDER

On December 7, 2006, the parties filed a joint motion to enlarge the discovery schedule established in the Court's October 19, 2006 scheduling order. For good cause shown, the motion is hereby GRANTED. Accordingly, the revised schedule is as follows:

1. All factual discovery related to liability and damages (except for expert depositions) to be completed on or before January 31, 2007;

2. The parties shall exchange initial expert reports, if any, on or before February 28, 2007;

3. The parties shall exchange rebuttal expert reports, if any, on or before March 30, 2007; and

4. Depositions of expert witnesses shall be completed on or before April 27, 2007.

**IT IS SO ORDERED.**

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge