IN THE UNITED STATES COURT OF FEDERAL CLAIMS

TRINITY RIVER LUMBER COMPANY, INC.,)
Plaintiff, )
v. )
THE UNITED STATES, )
Defendant. )

Consolidated
No. 02-943 C
(Judge Wheeler)

HAGEN & SONS, )
Plaintiff, )
v. )
THE UNITED STATES, )
Defendant. )

DEFENDANT'S MOTION TO MODIFY SCHEDULE FOR EXPERT DISCOVERY

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), we respectfully request the Court to modify the schedule for conducting expert discovery. Currently, expert discovery is scheduled to commence on February 28, 2007, with the exchange of expert reports, to be followed by the exchange of rebuttal reports, and then, the depositions of experts. Because plaintiffs have not provided us with the standard business financial documents that we have requested pursuant to RCFC 34, we respectfully request the Court to modify the schedule for expert discovery to enlarge the time for exchanging expert reports until 30 days after we have received the requested documents from plaintiffs.

Simultaneously with this motion, we have filed a separate motion respectfully requesting the Court to order plaintiffs to

produce the requested documents. Because we do not know when we will receive the requested documents from plaintiffs, we are unable to provide a date certain by which expert reports can be exchanged. Although the parties have previously requested, and the Court has granted, various modifications to the overall discovery schedule, this is the first request to modify the schedule for expert discovery. Plaintiffs' counsel has indicated that plaintiffs will oppose this motion.

This request is necessary because plaintiffs have declined to produce the standard business financial records that we have requested pursuant to RCFC 34. As explained more fully in our motion to compel production, which we have filed simultaneously with this motion, we have repeatedly requested, in writing and through oral discussions with plaintiffs' counsel, that plaintiffs produce these documents.

These documents are needed so that we can analyze and evaluate plaintiffs' damages claims, which will be the subject of an expert report. Until we receive these documents, our experts are unable to analyze and evaluate plaintiffs' claims as completely as they should, and are unable to produce a report upon any evaluation or analysis that they could not perform because they did not have the requested documents.

For these reasons, we respectfully request the Court to modify the schedule for conducting expert discovery by enlarging the time for exchanging expert reports until 30 days after we have received from plaintiffs the standard business financial

documents that we have requested and have moved to compel production.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Acting Director

s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-8257
Facsimile: (202) 307-0972

OF COUNSEL:

JAMES L. ROSEN
USDA Office of General Counsel
San Francisco, CA

February 20, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on February 20, 2007, a copy of the foregoing "DEFENDANT'S MOTION TO MODIFY SCHEDULE FOR EXPERT DISCOVERY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Reginald T. Blades, Jr.