IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TRINITY RIVER LUMBER COMPANY, INC.,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 02-943C<br>(Judge Wheeler) |
| HAGEN & SONS,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | |

**DECLARATION OF STEPHEN J. HAGEN**

I, Stephen J. Hagen, declare under the penalty of perjury that the following is true and correct to the best of my personal knowledge and belief:

1. I am the sole owner and only employee of Hagen & Sons ("Hagen"), a plaintiff in the above-referenced action. Hagen is a small family-run business established in 1998 which I have operated out of my house. In August 2001, a fire destroyed my house and virtually all of its contents, including all of my financial records for Hagen. Accordingly, there are no financial documents for Hagen in electronic or hard copy form prior to August 2001.

2. The business of Hagen consists of a variety of transactions including land purchases and sales, the buying and selling and operating of timber sales, and the sale of logs. Hagen does not have, nor has ever had, any general ledgers, balance sheets, income statements, statements of cash flows or statements of shareholders' equity. Hagen does have tax returns for the years 2001-2003.

3. Hagen's tax returns, including attachments, do not track or itemize revenues, expenses, profits or losses by individual timber sales, log purchases or sales, or timber sale contracts. Nothing in Hagen's tax returns would permit any kind of analysis, comparative or otherwise, concerning Hagen's operations on the Griz timber sale or any other timber sale prior to the Megram Fire or Hagen's planned operations on the Griz timber sale and actual operations on other timber sales following the Megram Fire. Hagen's tax returns for 2001-2003 do, however, contain financial information relating to Hagen's other business transactions which have no relationship to the Griz timber sale.

4. Hagen had no subsidiaries or financial interests in other companies in 1995-2003.

Date: 2-22-07

Stephen J. Hagen

Stephen J. Hagen