# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

TRINITY RIVER LUMBER COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

HAGEN & SONS,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 02-943C
(Judge Wheeler)

## DECLARATION OF GERALD R. TADINA

I, Gerald R. Tadina, declare under penalty of perjury that the following is true and correct to the best of my personal knowledge and belief:

1. I have practiced as a certified public accountant for over 21 years. Over that period I have provided independent accounting services to numerous timber companies in California. I am an employee D. H. Scott & Company in Redding, CA, and I am a licensed CPA in California. Since 2001 I have assisted and supervised the preparation of annual financial

statements and tax returns for Trinity River Lumber Co., Inc. ("Trinity River"), a plaintiff in the above-referenced action.

2. In the course of my providing independent accounting services to Trinity River, I have prepared tax returns, balance sheets, income statements, statements of shareholder's equity and statements of cash flows (formerly required as statements of changes in financial position). I have frequently analyzed Trinity River's general ledgers as well. From time to time I have had the occasion to analyze many of the foregoing documents in hard copy which were prepared during the period 1995-2000.

3. For the years 1995 to date, the tax returns, balance sheets, income statements, statements of cash flows, statements of shareholder's equity and general ledgers of Trinity River do not allocate or separately identify in anyway income, expenses, revenues, profits or losses on the basis of individual timber sales, log purchaser orders, contracts for the purchase or sale of logs or any specific sources for the sale or purchase of logs. There simply is no way to disaggregate the accounting information contained in these documents to ascertain this kind of specific information. It is not customary in the industry nor customary or meaningful for Trinity River to track such sale-specific and purchase-specific financial information in these company-wide financial documents. Trinity River is a lumber mill, and its financial documents reflect profits, losses and shareholder equity, assets, liabilities, revenues and expenses by broad generic categories only on a company-wide basis.

4. In addition, Trinity River's balance sheets by their very nature concern only the presentation of assets, liabilities and stockholder's equity and therefore contain no statements of income or expense of any type.

5. Because the financial information contained in the documents identified in paragraph 2 above is not allocated down to the level of specific timber sale operations, individual log purchase orders, individual contracts for the purchase or sale of logs or timber, or the like, it is simply not possible to use these documents to compare or analyze the operations of Trinity River at this level of detail, much less with specific reference to the West Lone Pine timber sale at issue in this action.

6. In 2005, Trinity River changed its accounting software. Neither my office nor Trinity River has electronic records for earlier years. To the extent that these documents are available for 1995-2003, they would be available only in the form of hard copies. Retrieving hard copies of all existing general ledgers would be particularly burdensome because these documents will average approximately 60-80 pages per month or a total of nearly 9,000 pages over the nine-year period requested by defendant.

7. Trinity River had no subsidiaries or financial interests in other companies in 1995-2003.

Date: 2/22/2007

Gerald R. Tadina, CPA