# In the United States Court of Federal Claims

No. 02-943C & 02-944C (Consolidated)
(Filed: March 7, 2007)

************************************** *
*
TRINITY RIVER LUMBER CO., INC., *
*
and *
*
HAGEN & SONS, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************** *

**ENTRY OF PROTECTIVE ORDER**

On March 6, 2007, Plaintiffs filed an Unopposed Motion for a Protective Order and a Proposed Protective Order. Counsel have represented that a revised Protective Order superseding the Court's July 31, 2006 Protective Order is necessary to ensure the protection of certain information that may be disclosed during this action. For good cause shown, the motion is GRANTED, and the revised Protective Order accompanying Plaintiff's March 6, 2007 motion is hereby entered.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge