IN THE UNITED STATES COURT OF FEDERAL CLAIMS

TRINITY RIVER LUMBER COMPANY, INC., )
Plaintiff, )
v. )
THE UNITED STATES, )
Defendant. )

HAGEN & SONS, )
Plaintiff, )
v. )
THE UNITED STATES, )
Defendant. )

Consolidated
No. 02-943 C
(Judge Wheeler)

JOINT MOTION TO MODIFY SCHEDULE FOR COMPLETING EXPERT DISCOVERY

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), the parties, jointly, respectfully request the Court to modify the schedule for completing expert depositions by extending by 25 days, to and including June 12, 2007, the date by which expert depositions are to be completed. Currently, expert depositions are scheduled to be completed by May 18, 2007.

The parties respectfully make this request because they have become involved in settlement discussions and believe that the additional, short amount of time requested will facilitate those discussions.

Following the exchange of expert rebuttal reports, counsel for the parties, while preparing to conduct the depositions of the experts, began discussing the possibility of settlement.

Counsel met face-to-face and determined that further effort toward settlement should be expended. Counsel for each party has had substantive discussions with his clients concerning settlement, and the parties are, now, actively engaged in the process.

The parties recognize that the process will not be concluded prior to the currently scheduled date for the completion of the expert depositions. Moreover, recognizing that settlement would make depositions of the experts unnecessary, the parties would like to postpone (and possibly avoid) expending the considerable time and resources necessary to conduct those depositions. The parties, therefore, respectfully request the Court to extend the time for completing the depositions of the experts and, thereby, to afford the parties some additional time within which to continue pursuing settlement.

For these reasons, the parties, jointly, respectfully request the Court to grant this motion to extend by 25 days, to and including June 12, 2007, the time within which the parties may complete the depositions of experts.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davison
JEANNE E. DAVIDSON
Director

s/ Gary G. Stevens
GARY G. STEVENS
RUTH G. TIGER
Saltman & Stevens, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
Tele: (202) 452-2140
Fax: (202) 775-8217

Attorneys for Plaintiffs
Trinity River Lumber
Company and Hagen & Sons

Dated: May 11, 2007

s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Telephone: (202) 616-8257
Facsimile: (202) 307-0972

Attorneys for Defendant

Dated: May 11, 2007

CERTIFICATE OF FILING

I hereby certify that on May 11, 2007, a copy of the foregoing "JOINT MOTION TO MODIFY SCHEDULE FOR COMPLETING EXPERT DISCOVERY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Reginald T. Blades, Jr.