IN THE UNITED STATES COURT OF FEDERAL CLAIMS

TRINITY RIVER LUMBER COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

HAGEN & SONS,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

Consolidated
No. 02-943 C
(Judge Wheeler)

JOINT MOTION TO SUSPEND PROCEEDINGS TO FACILITATE SETTLEMENT

Pursuant to Rule 7 of the Rules of this Court, the parties jointly, respectfully request the Court to suspend proceedings for 60 days, to and including July 30, 2007, to allow the parties the time needed to conclude their settlement efforts.

As the parties informed the Court in their motion of May 11, 2007, the parties have been engaged in settlement discussions. As a result of those discussions, counsel for plaintiffs is preparing to send to counsel for the United States a formal offer to settle each plaintiff's case. Counsel for the United States will forward the proposals to the Department of Agriculture for its formal recommendation whether the proposed offers to settle should be approved. Upon receipt of the formal recommendation of the Department of Agriculture, counsel for the United States will promptly submit his recommendation, along with the agency's

recommendation, for consideration by the appropriate officials within the Department of Justice.

Counsel anticipate that this process can be accomplished within the sixty-day suspension requested. If plaintiffs' proposals are approved, this matter will be resolved without further litigation. The parties respectfully propose that, if the matter has not been resolved by the end of that time, they shall file a status report advising the Court of the status of the approval process.

For these reasons, the parties jointly, respectfully request the Court to suspend proceedings in this matter for 60 days, to and including July 30, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Gary G. Stevens
GARY G. STEVENS
RUTH G. TIGER
Saltman & Stevens, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
Tele: (202) 452-2140
Fax: (202) 775-8217

Attorneys for Plaintiffs
Trinity River Lumber
Company and Hagen & Sons

Dated: May 29, 2007

s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Telephone: (202) 616-8257
Facsimile: (202) 307-0972

Attorneys for Defendant

Dated: May 29, 2007

CERTIFICATE OF FILING

I hereby certify that on May 29, 2007, a copy of the foregoing "JOINT MOTION TO SUSPEND PROCEEDINGS TO FACILITATE SETTLEMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Reginald T. Blades, Jr.