# In the United States Court of Federal Claims

No. 02-943C & 02-944C (Consolidated)
(Filed: May 30, 2007)

*************************************** *
*
TRINITY RIVER LUMBER CO., INC., *
*
and *
*
HAGEN & SONS, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************** *

**ORDER**

On May 29, 2007, the parties filed a joint motion requesting a 60-day enlargement of time of expert discovery deadlines, until July 30, 2007, to facilitate settlement discussions. For good cause shown, the motion is GRANTED. The parties shall file a joint status report no later than August 7, 2007, advising the Court how they wish to proceed.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge