IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TRINITY RIVER LUMBER COMPANY, INC.,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | |
| HAGEN & SONS,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | Consolidated<br>No. 02-943 C<br><br>(Judge Wheeler) |

STATUS REPORT

Pursuant to the Court's May 30, 2007 Order, the United States respectfully submits the following status report upon behalf of both parties and with the concurrence of counsel for plaintiffs Trinity River Lumber Company, Inc., and Hagen & Sons.

The parties have successfully negotiated resolutions to each of these two consolidated cases and have executed settlement agreements. In the settlement agreement for each case, the parties agreed to file a joint stipulation of dismissal, with prejudice, within 10 days of the receipt of payment of the settlement sums. Requests for payment have been submitted to the appropriate authority. The parties cannot currently estimate when payment will be made, but they are

reasonably certain that they will be prepared to dismiss each case within the next 60 days.

Accordingly, the parties respectfully request that proceedings in this matter be suspended for 60 days, to and including Tuesday, October 9, 2007. If the parties are prepared to dismiss a case before that time, they will do so in accordance with the settlement agreement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Senior Trial Counsel
DEVIN WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, DC 20530
Tel. (202) 514-7300
Fax. (202) 307-0972

OF COUNSEL:

JAMES L. ROSEN
USDA Office of General Counsel
San Francisco, CA

August 7, 2007

Attorneys for Defendant

**CERTIFICATE OF FILING**

I certify under penalty of perjury that on this 7th day of August, 2007, a copy of the foregoing "STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Reginald T. Blades, Jr.