# In the United States Court of Federal Claims

No. 02-943C & 02-944C (Consolidated)
(Filed: August 8, 2007)

*************************************** *
TRINITY RIVER LUMBER CO., INC.,

and

HAGEN & SONS,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
*************************************** *

**ORDER**

On August 7, 2007, Defendant filed a status report on behalf of both parties indicating that settlement agreements have been executed in both of these consolidated cases, and that the parties anticipate payment of the settlement sums to be completed within 60 days. For good cause shown, a 60-day period to complete settlement payment is GRANTED, and the parties are requested to file a joint stipulation of dismissal within 10 days of receipt of final payment. If these cases are not dismissed by October 9, 2007, the parties shall file a joint report on that day advising of the current status, and explaining why payment has not yet occurred.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge