**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| TRINITY RIVER LUMBER COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 02-943C |
| | ) | |
| v. | ) | (Judge Wheeler) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL, WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(ii) of the rules of this Court and the Court's August 8, 2007 order, the parties stipulate to the dismissal, with prejudice, of this action, including all claims and counterclaims, each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director and Authorized Representative
of the Attorney General

s/ Gary G. Stevens
GARY G. STEVENS
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Washington, D.C. 20006
(202) 452-2140

Attorney for Plaintiff

s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Senior Trial Counsel
Department of Justice
Civil Division
1100 L St., N.W.
Washington, D.C., 20530
(202) 616-8257

Attorneys for Defendant

October 4, 2007

**CERTIFICATE OF FILING**

I certify under penalty of perjury that on October 5, 2007, a copy of the foregoing "JOINT STIPULATION OF DISMISSAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Reginald T. Blades, Jr.